

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00177-CR

GARY TANNER ROYAL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 18F-1154-102

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Gary Tanner Royal has filed an untimely notice of appeal from a conviction of aggravated sexual assault of a child.[1]  We dismiss the appeal for want of jurisdiction.

The judgment of conviction in this matter indicates that Royal's sentence was imposed on May 2, 2019, and Royal timely filed a motion for new trial.  Under Rule 26.2(a) of the Texas Rules of Appellate Procedure, the deadline for filing a notice of appeal under these circumstances was July 31, 2019.  *See* TEX. R. APP. P. 26.2(a)(2).  Royal's notice of appeal was not filed until August 21, 2019.  The Texas Court of Criminal Appeals has expressly held that, without a timely notice of appeal, we cannot exercise jurisdiction over an appeal.  *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton v. State*, 981 S.W.2d 208, 209 n.3 (Tex. Crim. App. 1998).

We notified Royal by letter that his notice of appeal appeared to be untimely and that the appeal was subject to dismissal for want of jurisdiction.  Royal did not respond to our letter.

Because Royal did not timely file his notice of appeal, we dismiss the appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice


Date Submitted:     September 11, 2019
Date Decided:       September 12, 2019

Do Not Publish

---

[1]*See* TEX. PENAL CODE ANN. § 22.021.